Charles R. Bircher, Plaintiff-Appellee, v. Goedde Lumber Company, Defendant-Appellant.

Term No. 59-F-7. 

Fourth District.

June 8, 1959.

Released for publication June 24, 1959.

Johnson, Johnson, Ducey & Dixon, for defendant-appellant; Oehmke, Dunham & Boman, for plaintiff-appellee. Opinion PER CURIAM. Not to be published in full.